UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTHEW ELLIS, individually and on behalf of all others similarly situated, § § § § § § § § § § § § § § § § § § § § <br><br>Plaintiff,<br><br>v.<br><br>BRYAN F. BULAWA, WILLIAM ORDEMANN, ROBERT D. SANDERS, MICHAEL C. SMITH, GREGORY C. KING, D. MARK LELAND, THOMAS M. HART III, OILTANKING PARTNERS, L.P., OTLP GP LLC, ENTERPRISE PRODUCTS PARTNERS L.P., ENTERPRISE PRODUCTS HOLDINGS LLC, ENTERPRISE PRODUCTS OPERATING LLC and EPOT MERGERCO LLC,<br><br>Defendants. | Civil Action No. 4:14-cv-3343 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Matthew Ellis, by his undersigned counsel, hereby voluntarily dismisses, without prejudice, this action against all Defendants. All costs and expenses, including attorneys' fees, will be borne by the party that incurred them.

DATED:  December 12, 2014.

Respectfully submitted,

 */s/ Thomas E. Bilek*
Thomas E. Bilek
TX Bar 02313525 / SDTX Bar 9338
**THE BILEK LAW FIRM, L.L.P.**
700 Louisiana, Suite 3950
Houston, TX  77002
(713) 227-7720

*Counsel for Plaintiff*

**OF COUNSEL:**

Shane T. Rowley
**LEVI & KORSINSKY, LLP**
30 Broad Street, 24th Floor
New York, NY  10004
Tel: (212) 363-7500

Vincent Wong
**THE LAW OFFICES OF VINCENT WONG**
39 East Broadway, Suite 304
New York, NY  10002
Tel: (212) 425-1140