| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Matthew Ellis, *individually and on behalf of all others similarly situated,* §§§§

    Plaintiff,

*versus*                                    Civil Action H-14-3343

Bryan F. Bulawa, *et al.*,

    Defendants.

## Order of Dismissal

The court, having been advised by counsel that plaintiffs no longer wish to pursue this matter, dismisses this case without prejudice.

Signed on December 12, 2014, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge